UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

Together AI, Inc., 

Plaintiff(s),

v.

Sesterce France Labs SAS, et al,

Defendant(s).

Case No. 4:25-cv-04687

**APPLICATION FOR ADMISSION OF ATTORNEY PRO HAC VICE**
(CIVIL LOCAL RULE 11-3)

I, Jason R. Burt, an active member in good standing of the bar of District of Columbia, hereby respectfully apply for admission to practice pro hac vice in the Northern District of California representing: Plaintiff in the above-entitled action. My local co-counsel in this case is Kailen Malloy, an attorney who is a member of the bar of this Court in good standing and who maintains an office within the State of California. Local co-counsel's bar number is: 341851.

Latham & Watkins LLP
555 Eleventh Street, NW, Ste 100,
Washington, D.C. 20004-1304
MY ADDRESS OF RECORD

202-637-3359
MY TELEPHONE # OF RECORD

jason.burt@lw.com
MY EMAIL ADDRESS OF RECORD

Latham & Watkins LLP
505 Montgomery Street, Suite 2000
San Francisco, CA 94111-6538
LOCAL CO-COUNSEL'S ADDRESS OF RECORD

415-395-8819
LOCAL CO-COUNSEL'S TELEPHONE # OF RECORD

kailen.malloy@lw.com
LOCAL CO-COUNSEL'S EMAIL ADDRESS OF RECORD

I am an active member in good standing of a United States Court or of the highest court of another State or the District of Columbia, as indicated above; my bar number is: 980862.

A true and correct copy of a certificate of good standing or equivalent official document from said bar is attached to this application.

I have been granted pro hac vice admission by the Court ___0___ times in the 12 months preceding this application.

I agree to familiarize myself with, and abide by, the Local Rules of this Court, especially the Standards of Professional Conduct for attorneys and the Alternative Dispute Resolution Local Rules. I declare under penalty of perjury that the foregoing is true and correct.

Dated: June 3, 2025    /s/ Jason R. Burt
                           APPLICANT

ORDER GRANTING APPLICATION

FOR ADMISSION OF ATTORNEY PRO HAC VICE

IT IS HEREBY ORDERED THAT the application of Jason R. Burt is granted, subject to the terms and conditions of Civil L.R. 11-3. All papers filed by the attorney must indicate appearance pro hac vice. Service of papers upon, and communication with, local co-counsel designated in the application will constitute notice to the party.

Dated: June 4, 2025

DONNA M. RYU, CHIEF MAGISTRATE JUDGE