UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| TOGETHER AI, INC.,<br><br>                    Plaintiff,<br><br>        v.<br><br>SESTERCE FRANCE LABS SAS, et al.,<br><br>                    Defendants. | Case No. 25-cv-04687-JST<br><br>**CLERK'S NOTICE SETTING CASE MANAGEMENT CONFERENCE AND ZOOM HEARING**<br><br>Re: Dkt. No. 17 |

**YOU ARE NOTIFIED THAT** a Case Management Conference is set for September 9, 2025 at 2:00 P.M. before the Honorable JON S. TIGAR. The Joint Case Management Conference Statement is due by September 2, 2025. This proceeding will be held via a Zoom webinar.

Dated: June 10, 2025

> Mark B. Busby
> Clerk of Court, United States District Court
>
> By: _____
> Dianna Shoblo, Deputy Clerk to the
> Honorable JON S. TIGAR