UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

TOGETHER AI, INC.,

Plaintiff,

v.

SESTERCE FRANCE LABS SAS, et al.,

Defendants.

Case No. 25-cv-04687-JST (SK)

**NOTICE OF REFERRAL FOR DISCOVERY**

TO ALL PARTIES AND COUNSEL OF RECORD:

This case has been referred to Magistrate Judge Sallie Kim for discovery. The parties must comply with the Standing Order for Magistrate Judge Kim, which is available on the Court's website at http://www.cand.uscourts.gov/sk.

The parties are advised that the Court will only address discovery disputes that are presented by a joint letter brief in compliance with the Court's Standing Order after the parties have meet and conferred. However, the parties need not re-file the pending joint letter briefs filed on July 10 and 13, 2026.

Please contact the Courtroom Deputy Clerk Brenda Lopez at (415) 522-4158 with any questions.

**IT IS SO ORDERED**.

Dated: July 17, 2026

SALLIE KIM
United States Magistrate Judge

United States District Court
Northern District of California